LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CALIFORNIA 95926
Telephone:  (530) 895-3252
Fax:          (530) 894-8244

Attorneys for Plaintiff

THOMAS D. WALKER, SBN 73050
**LAW OFFICE OF THOMAS WALKER**
10030 FAIR OAKS BOULEVARD
FAIR OAKS, CALIFORNIA 95628
Telephone:  (916) 448-0159
Fax:          (916) 558-4839

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>     Plaintiff,<br><br>v.<br><br>KFP MANAGEMENT INC. et al.,<br><br>     Defendants._____/ | Case No. CIV.S-07-2127-FCD-CMK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

1    TO THE COURT AND ALL PARTIES:

2    Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, KFP MANAGEMENT INC. and KFP LODI, LLP dba COMFORT INN, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: July 7, 2008                     DISABLED ADVOCACY GROUP, APLC


                                        */s/   LYNN HUBBARD III*
                                        LYNN HUBBARD, III
                                        Attorney for Plaintiff

Dated: July 7, 2008                     LAW OFFICES OF THOMAS WALKER


                                        */s/   THOMAS D. WALKER*
                                        THOMAS D. WALKER
                                        Attorney for Defendants


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-07-2127-FCD-CMK, is hereby dismissed with prejudice.

Dated: July 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE